[No. 1674-2.   Division Two.   November 3, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS DEAN COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 63647, John H. Kirkwood, J., entered

September 6, 1974. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.